# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

PETER D. MELCHIORRE, : No. 849 MAL 2017
:
Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
422 DEVELOPMENT, INC., :
PHOENIXVILLE TOWN CENTER, LP, :
LONGVIEW DEVELOPMENT, LP, GIANT :
LANDLORD, LP, SEARS ROEBUCK & :
CO., K MART CORPORATION, GIANT :
FOOD STORES, INC., HARDWARE :
LANDLORD GP, LLC AND :
PHOENIXVILLE BOROUGH, :
:
Respondents :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.